# Third District Court of Appeal

## State of Florida

Opinion filed July 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0927
Lower Tribunal No. F94-3193
_____

**Jose Lopez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Jose Lopez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. See Johnson v. State, 60 So. 3d 1045, 1050 (Fla. 2011) ("Under rule 3.800(a), 'the burden [is on] the petitioner to demonstrate an entitlement to relief on the face of the record.' The State accordingly has no burden to establish that the petitioner is not entitled to relief.") (quoting Williams v. State, 957 So. 2d 600, 602 (Fla. 2007)); see also Lopez v. State, 2 So. 3d 1057, 1059 (Fla. 3d DCA 2009) ("[A] defendant [may not] claim a sentence is illegal based on an alleged discrepancy between an oral pronouncement and a written sentence ... without a transcript of the sentencing hearing or other indisputable evidence of record to support the claim.") (quoting Nielson v. State, 984 So. 2d 587, 588 (Fla. 2d DCA 2008)).